UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bridgette King,<br><br>          Plaintiff,<br><br>     v.<br><br>Allied Data Corporation; and DOES 1-10, inclusive,<br><br>          Defendant. | Civil Action No.: 1:10-cv-976 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 20, 2010

                                        Respectfully submitted,

                                        PLAINTIFF, Bridgette King

                                        /s/ Jody B. Burton

                                        Jody B. Burton, Esq.
                                        Bar No.: 71681
                                        **LEMBERG & ASSOCIATES L.L.C.**
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile: (877) 795-3666
                                        jburton@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Jody B. Burton

Jody B. Burton