UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bridgette King, | : |
| | : |
| | : Civil Action No.: 1:CV-10-976 |
| Plaintiff, | : |
| v. | : |
| | : |
| Allied Data Corporation; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Bridgette King ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 24, 2010

    Respectfully submitted,

    PLAINTIFF, Bridgette King

    /s/ Jody B. Burton

    Jody B. Burton, Esq.
    Bar No.: 71681
    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (877) 795-3666
    jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 24, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Jody B. Burton

                                            Jody B. Burton